**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**   CASE NO. 19-CR-20284-RS-1

       **Plaintiff,**

**vs.**

**ARMENGOL ALFONSO CEVALLOS DIAZ,**

       **Defendant.**

_____/

**DEFENDANT, ARMENGOL ALFONSO CEVALLOS DIAZ'**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

    **COMES NOW** the Defendant, **ARMENGOL ALFONSO CEVALLOS DIAZ**, by and through his undersigned counsel, and presents herewith, his Unopposed Motion to Continue Trial, and states as follows:

    1.    On May 9, 2019, an Indictment was filed therein charging the Defendant and a Co-Defendant with the following: <u>Count One</u> – Conspiracy to Violate the Foreign Corrupt Practices Act ("FCPA"), in violation of Title 15 U.S.C. §78dd-3(a)(l) and Title 18 U.S.C. §371; <u>Count Two</u> - Conspiracy to Commit Money Laundering, in violation of Title 18 U.S.C. §1956(c)(7)(B)(iv) and Title 18 U.S.C. §1956(h); <u>Counts Three through Six</u> - Money Laundering, in violation of Title 18 U.S.C. §1956(c)(7)(B)(iv) and Title 18 U.S.C. §1956(a)(l)(B)(i); <u>Counts Seven through Eleven</u> - Money Laundering, in violation of Title 18 U.S.C. §1956(c)(7)(B)(iv)\ and Title 18 U.S.C. §1956(a)(2)(A). [D.E. 3]

    2.    On June 4, 2019, the Government filed its first response to the standing discovery order and furnished highly voluminous discovery to the defense. [D.E. 23]

3. On Friday, August 30, 2019, the Government advised counsel that the United States specifically intends to offer at trial foreign records of regularly conducted business activities obtained from Panama, Ecuador, and the Cayman Islands *via* Mutual Legal Assistance Treaty requests.

Although the Government asserts that these records along with foreign certifications have been provided and identified through its productions to the defense, the voluminous nature of these items require extensive study by the defense that involve research into international law as well as the assurance that the Government has properly complied with all Mutual Legal Assistance Treaty requirements. Further, the Government advised that it may receive supplemental records from these and other jurisdictions and would intend to offer those records at trial as well.

4. Co-Counsel, Ana M. Davide, has recently been retained by the Defendant to facilitate the review of the extensive discovery with the Defendant inasmuch as she speaks both English and Spanish fluently, whereas Co-Counsel, Philip L. Reizenstein, does not speak Spanish. (A Notice of Appearance was filed by Ana M. Davide on August 25, 2019. [D.E. 49])

Although it is true that Mr. Reizenstein's co-counsel, Jorge Luis Viera, does speak Spanish fluently, the Defendant desired additional Spanish speaking counsel to afford a differing viewpoint from which to analyze and digest the extensive discovery furnished by the Government thus far.

Further, it should be noted that Ana M. Davide, Esq., has maintained contact with the United States Justice Department attorneys in Washington, DC, and they are fully in accord with the continuance requested herein due to the complex nature of this case and the discovery applicable thereto.

5. The jury trial of this cause is presently scheduled for October 15, 2019, with the calendar call on October 8, 2019. [D.E. 40]

6. It is respectfully submitted that the present trial setting will not accord the defense adequate time in which to prepare this highly complex Foreign Corrupt Practices Act ("FCPA") and Money Laundering case for trial.

7. Therefore, the Defendant respectfully requests a continuance of the trial for a period of forty-five (45) days beyond the present October 15, 2019 trial setting, or whatever date proximate thereto that would be in accord with this Honorable Court's calendar.

8. On August 19, 2019, the Co-Defendant, Jose Melquiades Cisneros Alarcon, entered his plea of guilty, therefore this has become a one-defendant case for trial. [D.E. 44]

9. This unopposed motion to continue the trial is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

## COMPLIANCE WITH SDFL LOCAL RULE 88.9

10. In accordance with SDFL Local Rule 88.9, the undersigned counsel has been in contact with Katherine Raut, a Trial Attorney with the Fraud Section of the United States Department of Justice in Washington, DC, and she has advised that the Government does not oppose the relief requested herein.

## DEFENDANT'S ACKNOWLEDGMENT OF SPEEDY TRIAL EXCLUDABLE TIME

11. The Defendant, **ARMENGOL ALFONSO CEVALLOS DIAZ,** has been advised of his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. §3161.

12. The Defendant freely and voluntarily waives his constitutional right to a speedy trial in this matter, and fully understands that the period of this continuance will be excluded from the computation of applicable time for the purposes of the Speedy Trial Act.

13. Further, the Defendant has authorized his attorney, Ana M. Davide, Esq., to advise this Honorable Court of his waiver of speedy trial in this cause as stated herein.

**WHEREFORE**, Defendant, **ARMENGOL ALFONSO CEVALLOS DIAZ,** respectfully prays that this Honorable Court enter its order granting the within Unopposed Motion to Continue Trial for a minimum of forty-five (45) days beyond the present October 15, 2019 trial setting, or whatever date proximate thereto that would be in accord with this Honorable Court's calendar.

Respectfully submitted,

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Defendant,
*Armengol Alfonso Cevallos Diaz.*)

***/s/ Ana M. Davide***
Ana M. Davide, Esq.

Respectfully submitted,

Philip L. Reizenstein, Esq.
Florida Bar #634026
 2828 Coral Way, Suite 540
Miami, FL 33145
Tele: (305) 444-0755
E-mail: Philip@miamicriminallaw.net
(Co-counsel for Defendant,
*Armengol Alfonso Cevallos Diaz*)

***/s/ Philip L. Reizenstein***
   PHILIP L. REIZENSTEIN

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the

attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Ana M. Davide, Esq.
> Florida Bar No. 875996
> 2929 SW 3rd Ave., Suite 420
> Miami, Florida 33129
> Telephone: (305) 854-6100
> Fax: (305) 854-6197
> E-mail:  ana@anadavidelaw.com
> (Counsel for Defendant,
> *Armengol Alfonso Cevallos Diaz*.)
>
> ***/s/ Ana M. Davide***
> Ana M. Davide, Esq.
>
> Philip L. Reizenstein, Esq.
> Florida Bar #634026
>  2828 Coral Way, Suite 540
> Miami, FL 33145
> Tele: (305) 444-0755
> E-mail: Philip@miamicriminallaw.net
> (Co-counsel for Defendant,
> *Armengol Alfonso Cevallos Diaz*)
>
> ***/s/ Philip L. Reizenstein***
>    PHILIP L. REIZENSTEIN

## SERVICE LIST

**United States of America v. Armengol Alfonso Cevallos Diaz**
**Case No. 19-CR-20284-RS-1**
**United States District Court, Southern District of Florida**

Katherine Raut
U. S. Department of Justice
Bond Building, 11th Floor
1400 New York Avenue, N.W.
Washington, DC 20005
Tele: 202-616-2577
Email: katherine.raut@usdoj.gov

Karen Rochlin, A.U.S.A.
United States Attorney's Office
99 N.E. 4th Street, Suite 630
Miami, Florida 33132
Tele: (305) 961-9234
Fax: (305) 530-6168
Email: karen.rochlin@usdoj.gov

Lorinda Laryea
Department of Justice
Bond Building
1400 New York Ave NW
Washington, DC 20005
202-353-3439
Email: lorinda.laryea@usdoj.gov

Mary Ann Mccarthy
United States Attorney's Office
Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
202-616-5584
Email: mary.mccarthy@usdoj.gov